UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LITTLE BUTTE PROPERTY OWNERS WATER ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　vs<br><br>KEN B. BRADLEY, an individual,<br><br>　　　　　Defendant,<br><br>　vs<br><br>CHELAN COUNTY; CHELAN COUNTY SHERIFFS OFFICE; OFFICER DOMINIC MUTCH; OFFICER CHRIS EAKLE; OFFICER MIKE LAMON; and JANE AND/OR DOE OFFICERS 1-10,<br><br>　　　Third Party Defendants. | Case No.  2:17-CV-162-RMP<br><br>**CIVIL MINUTES**<br><br>**MOTION HEARING**<br><br>DATE:   MARCH 2, 2018<br><br>LOCATION:   SPOKANE |

| | | |
|---|---|---|
| | **JUDGE ROSANNA MALOUF PETERSON** | |
| Michelle Fox<br>**Courtroom Deputy** | 02<br>**Law Clerk** | Ronelle Corbey<br>**Court Reporter** |
| Lee Lewis<br>**Plaintiff's Counsel** | | Drew Dalton<br>**Defendant's Counsel**<br><br>Sean King<br>**Third Party Defendants' Counsel** |

**[X]    In Court Hearing**

Court addresses counsel and summarizes motions that are filed.

Court asks about ECF No. 50, was noted without oral argument, is this matter conceded?
　　　D. Dalton filed a response conceding matter.

**Motion for Preliminary Injunction, ECF No. 25**

Court asks about jurisdiction.
　　　D. Dalton presents argument.
　　　L. Lewis responds.

       Court questions counsel.
       D. Dalton rebuttal argument.

Court asks about irreparable injury.
       D. Dalton presents argument.
       Court questions counsel.
       D. Dalton responds.
       L. Lewis presents argument.
       D. Dalton rebuttal argument.


**Motion to Dismiss, ECF No. 14**

L. Lewis presents argument.

D. Dalton presents argument.

L. Lewis rebuttal argument.

Court asks if there are any issues?
       L. Lewis nothing further.
       D. Dalton nothing further.

Court will issue an Order.

| **CONVENED:** 11:30 AM | **ADJOURNED:** 12:00 PM | **TIME:** 30 MIN. | |
|---|---|---|---|