# UNITED STATES DISTRICT COURT
for the

Eastern    District of    Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2018

SEAN F. McAVOY, CLERK

LITTLE BUTTE PROPERTY OWNERS WATER
ASSOCIATION, a Washington nonprofit
corporation,

*Plaintiff/Counterclaim-Defendant,*

v.

KEN B. BRADLEY, an individual;

*Defendant/Counterclaimant,*

KEN B. BRADLEY,

*Third-Party Plaintiff,*

v.

CHELAN COUNTY; CHELAN COUNTY
SHERIFFS OFFICE; OFFICER DOMINIC
MUTCH; OFFICER CHRIS EAKLE; OFFICER
MIKE LAMON; and JANE AND OR JOHN DOE
OFFICERS 1-10,

*Third-Party Defendants.*

)
)
)
)
)
)
)

Civil Action No.    2:17-CV-162-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
Twenty three thousand eight hundred sixty eight _____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒  other:    Judgment is entered for Little Butte Property Owners Water Association, against Ken B. Bradley, in the amount of
$23,868.00 in damages; Little Butte Property Owners Water Association's Motion for Summary Judgment (ECF No.
40) is GRANTED; Chelan County Defendants' Motion for Summary Judgment (ECF No. 57) is GRANTED;
Little Butte Property Owners Water Association is granted equitable relief in the form of a permanent injunction
barring Ken B. Bradley from interfering with Little Butte Property Owners Water Association's exercise of its
easement in the future; and Judgment is entered in favor of Little Butte Property Owners Water Association and the
Chelan County Defendants on Ken B. Bradley's claims without any costs to any party.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

$\boxtimes$ decided by Judge _Rosanna Malouf Peterson_ on motions for Summary Judgment.

Date: July 30, 2018

CLERK OF COURT

SEAN F McAVOY
s/Jaime M. White

*(By) Deputy Clerk*